PROB 22
(Rev. 2/88)

# TRANSFER OF JURISDICTION

| | |
|---|---|
| DOCKET NUMBER *(Tran. Court)* | 1:02CR22-005(S) |
| DOCKET NUMBER *(Rec. Court)* | 1:05:PT:17 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE: | DISTRICT | DIVISION |
|---|---|---|
| Brandi Lea Kelley<br>427 S. St. Joseph Avenue<br>Niles, Michigan 49120 | Florida Northern | Gainesville |
| | NAME OF SENTENCING JUDGE | |
| | The Honorable Maurice M. Paul<br>Senior United States District Judge | |
| | DATES OF PROBATION/SUPERVISED RELEASE: | FROM February 25, 2005 — TO February 24, 2010 |

**OFFENSE**

Conspiracy to Distribute and Possess With Intent to Distribute 3,4 Methlenedioxymethamphetamine and More Than Five Kilograms of Cocaine.

## PART 1 - ORDER TRANSFERRING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA

IT IS HEREBY ORDERED that pursuant to 18 U.S.C. 3605 the jurisdiction of the probationer or supervised releasee named above be transferred with the records of the Court to the United States District Court for the Western District of Michigan upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this Court.*

April 5, 2005
Date

*signature*
The Honorable Maurice M. Paul
Senior United States District Judge

*This sentence may be deleted in the discretion of the transferring Court.

## PART 2 - ORDER ACCEPTING JURISDICTION

UNITED STATES DISTRICT COURT FOR THE Western District of Michigan

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

April 25, 2005
Effective Date

*signature*
United States District Judge
Hon. David W. McKeague

UNITED STATES GOVERNMENT
# MEMORANDUM

**DATE:** May 26, 2005

**REPLY TO ATTN OF:** Glenn H. McInnes
Senior United States Probation Officer

**SUBJECT:** KELLEY, Brandi Lea
Case No. 1:02CR22-005
TRANSFER OF JURISDICTION

**TO:** Tracy Abrams
Resident Deputy Clerk in Charge

---

Enclosed is Probation Form 22 "Transfer of Jurisdiction" acknowledging that the jurisdiction for this case has been accepted by the Western District of Michigan. The probation officer from that District is requesting your office forward all pertinent file material to their Clerk of Court. The docket number they have assigned to this case is 1:05PT17.

Reviewed by: _____ / 5/26/05
Saralyn Lee                              Date
Supervising U.S. Probation Officer